**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| BUSINESS DEVELOPMENT RESOURCES, INC., a Washington Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>PROFIT LAUNCH CONSULTING LLC, a Texas Limited Liability Company,<br><br>       Defendant. | Civil Action No. 2:18-cv-00678<br><br><br>ORDER TO EXTEND TIME FOR DEFENDANT, PROFIT LAUNCH CONSULTING LLC, TO ANSWER COMPLAINT FOR TRADEMARK INFRINGEMENT |

Having reviewed the parties' Stipulation, docket no. 5, and for good cause shown, the Court hereby **GRANTS** the Stipulation and the time for Defendant Profit Launch Consulting LLC shall be extended from June 1, 2018 to June 22, 2018.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2018.

_Thomas S Zilly_

Thomas S. Zilly
United States District Judge

*Presented By:*

SEED IP LAW GROUP LLP

/s/ Syed M. Abedi
Syed M. Abedi, WSBA No. 46106
701 Fifth Ave., Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: SyedA@seedip.com

Attorneys for Plaintiff
Business Development Resources, Inc.

Seed Intellectual Property Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
(206) 622-4900