# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BUSINESS DEVELOPMENT RESOURCES, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT LAUNCH CONSULTING LLC, a Texas Limited Liability Company,<br><br>Defendant. | Civil Action No. 2:18-cv-00678<br><br>ORDER TO EXTEND TIME FOR DEFENDANT, PROFIT LAUNCH CONSULTING LLC, TO ANSWER COMPLAINT FOR TRADEMARK INFRINGEMENT |

Having reviewed the parties' Stipulation, docket no. 7, and for good cause shown, the Court hereby **GRANTS** the Stipulation and the time for Defendant Profit Launch Consulting LLC to answer the complaint shall be extended from June 22, 2018 to July 6, 2018.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2018.

Thomas S. Zilly
United States District Judge

*Presented By:*

SEED IP LAW GROUP LLP

*/s/Syed M. Abedi*
Syed M. Abedi, WSBA No. 46106
701 Fifth Ave., Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: SyedA@seedip.com

Attorneys for Plaintiff
Business Development Resources, Inc.